IN THE UNITED STATES DISTRICT COURT
FOR THE _Western_ DISTRICT OF _Ky_
_____ DIVISION

(Write the District and Division, if any, of the court in which the complaint is filed.)

FILED
JAMES J. VILT, JR. - CLERK
MAY 02 2023
U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

Yahshua Muhammad

(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

-against-

Continental Mills
Dr. Kenneth Parker
Matrix Absense Mngmt.

(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

**Complaint for a Civil Case**

Case No. 5:23-CV-62-BJB
(to be filled in by the Clerk's Office)

Jury Trial:  ☒ Yes  ☐ No
(check one)

I. The Parties to This Complaint

A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name: Yahshua Muhammad
Street Address: 951 Wing Tip Cir.
City and County: Hop., Ky  Christain
State and Zip Code: Ky 42240
Telephone Number: (270) 498-8161
E-mail Address: Yahshua82@G.MAIL.COM

B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

Defendant No. 1

Name: Continental Mills
Job or Title (if known): AKA / Krusteaz Co.
Street Address: 100 Krusteaz Way
City and County: Hopkinsville, Ky  Christain
State and Zip Code: Ky 42240
Telephone Number: (206) 816-7000
E-mail Address (if known): dARIO.MAXIME@CONTINENTALMILLS.COM

Defendant No. 2

Name: Dr. Kenneth Parker
Job or Title (if known): (Specialist)
Street Address: 10755 Eagle Way
City and County: Hop., Christain

2

| | |
|---|---|
| State and Zip Code | Ky  Christain |
| Telephone Number | (270) 889-0701 |
| E-mail Address (if known) | unknown |

Defendant No. 3

| | |
|---|---|
| Name | Matrix Absense Mngmt. |
| Job or Title (if known) | |
| Street Address | 2421 W. Peoria Ave. |
| City and County | Pheonix    unknown |
| State and Zip Code | Arizona    85029 |
| Telephone Number | (800) 866-2301 |
| E-mail Address (if known) | unknown |

Defendant No. 4

| | |
|---|---|
| Name | |
| Job or Title (if known) | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address (if known) | |

**II.    Basis for Jurisdiction**

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

3

What is the basis for federal court jurisdiction? *(check all that apply)*

☒ Federal question          ☒ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

A. **If the Basis for Jurisdiction Is a Federal Question**

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

The United States Constitution, rights to due process of law + equal protection under the law. 14th, 5th, + 6th amendments. Rule 15 of Fed. R. Civ. Proc.

B. **If the Basis for Jurisdiction Is Diversity of Citizenship**

1. The Plaintiff(s)

    a. If the plaintiff is an individual

       The plaintiff, *(name)* _____, is a citizen of the State of *(name)* _____.

    b. If the plaintiff is a corporation

       The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

    *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

    a. If the defendant is an individual

       The defendant, *(name)* Dr. Kenneth Parker, is a citizen of the State of *(name)* Kentucky. Or is a citizen of *(foreign nation)* _____.

(A1.) Matrix Absence Management
Arizona

4

b. If the defendant is a corporation,

The defendant, (name) _Continental Mills_, is incorporated under the laws of the State of (name) _Kentucky_, and has its principal place of business in the State of (name) _Kentucky_. Or is incorporated under the laws of (foreign nation) _____, and has its principal place of business in (name) _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3. The Amount in Controversy

The amount in controversy—the amount the plaintiff claims the defendant owes or the amount at stake—is more than $75,000, not counting interest and costs of court, because *(explain)*:

_The amount in controversy exceed $75,000.00. See attached Relief sought._

III. **Statement of Claim**

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

_Please see attached copy of Statement of Claim._

IV.    **Relief**

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

_Please see attached copy of Relief sought._

V.    **Certification and Closing**

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

A.    **For Parties Without an Attorney**

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: _Apr. 30th, 2023_

Signature of Plaintiff    _Yahshua Muhammad_
Printed Name of Plaintiff    _YAhshuA MuhAMMAD_

B.    **For Attorneys**

Date of signing: _____, 20___.

Signature of Attorney        _____
Printed Name of Attorney     _____
Bar Number                   _____
Name of Law Firm             _____
Address                      _____
Telephone Number             _____
E-mail Address               _____

## RELIEF

1. The plaintiff had a Constitutional Right under the 5th Amendment 6th Amendment and 14th Amendment (s) to Due Process of Law, and Equal Protection of the Law.

2. The plaintiff also invokes Rule 15 (2) (3) (B) of the Federal of Civil Procedure to also include Dr. Kenneth Parker (K.P), Matrix, and Brenda Mohammad.

3. Continental Mills (CM), Dr. K.P, and Matrix also violated the FMLA law, in addition to depriving the plaintiff of both Short-Term and Long-Term Disability.

4. Dr. K.P owed the plaintiff a duty of adequate care. At the very least, Dr. K.P had taken a sworn oath to do no harm.

5. CM owed the plaintiff a duty not to interfere with plaintiff's right to adequate Healthcare.

6. Matrix owed the plaintiff a duty to provide him with both Short-Term and Long-Term disability coverage that plaintiff had so dutifully paid for.

7. CM breached the plaintiff's right to adequate care when CM applied pressure on Dr. K.P to return plaintiff to work because they were down to a skeleton crew.

8. Dr. K.P breached his duty to provide adequate care when he succumbed to the pressure and Prematurely removing the caste from the plaintiff's right hand and wrist.

9. Dr K.P breached his sworn oath to do no harm when Dr. K.P tried to fake medical records results saying that the plaintiff had taken tests that plaintiff had not taken, using an older x-ray of plaintiff's right hand to deceive CM and Matrix that there was nothing wrong with the plaintiff's right hand. Dr. K.P deception was later exposed when the plaintiff returned

to First Care for a comparison of the first x-ray they took with a current one they took. The comparison showed a chronic fracture. In essence the plaintiff's right hand was left to mend on its own.... All the while, the plaintiff's complaint to Dr. K.P of a severe chronic bone ache went completely ignored. As a result of Dr. K. P's failure to provide adequate care, and with a deliberate indifference, Dr. K.P caused the plaintiff to lose over 50% use of his right hand.

10. CM wrongfully terminated the plaintiff after the plaintiff complained to the owner Andy Hiely about his treatment at the plant.

11. CM pushed the false narrative to the unemployment commission that plaintiff was fired for misconduct.

12. CM continued to push forward false narrative after false narrative. The plaintiff is convinced CM has someone at the employment service under their thumbnail.

13. The plaintiff worked under a hostile environment for over ten years at CM, and have been wrongfully denied insurance payments for $ 47,996.79.

14. Relief sought: Plaintiff seek the immediate release of the $ 47,996.79 plus all stimuluses paid during That time frame, to also include interest; or to make a direct payment immediately to plaintiff for said amount.

15. Actual loss plus damages: plaintiff and his wife, Brenda Muhammad, each lost $ 100,000 insurance coverage. Relief Sought: Restoration of life insurance for life.

16. Actual loss and damages: Dental coverage. Relief sought: Restoration of dental insurance for life.

17. Actual loss and damage: The plaintiff lost his short-term and long-term disability insurance. No company will hire a 70-year-old man with an existing physical disability, and Dr. KP further handicapped the plaintiff for life by pre-maturely removing the plaintiff's caste and not referring therapy. Relief sought:

2.

For CM to put the plaintiff on long-term disability for the rest of the plaintiff's life.

18. Actual loss and damages: CM have put the plaintiff's home in jeopardy (See attachments for home and Solar panels). Relief sought: For this court to use its power to restore plaintiff to again being as whole as possible.

19. Actual loss and damages: CM caused the plaintiff to loss a $ 43,000 car, with a $ 10,232.31 balance that has been turned over to the collection agency. Relief sought: For this court to use its power to Restore the plaintiff to again being as whole as possible.

20. CM, Dr. KP, and Matrix caused the loss and damage to the plaintiff and his wife Brenda Muhammad 's life by ruining their health, wealth, their marriage, their credit, with malicious and reckless disregard. Relief sought: For the court to use its power to restore the plaintiff to again being as whole as possible.

21. The plaintiff was a work-a-holic at CM throughout his work history. Relief sought: Plaintiff seek payment Adjustment (s). Based upon current pay rate, with adjusted cost of living be applied to his Long-Term Disability payment for life.

22. CM discriminated against the plaintiff when they denied him light duty work, Short-Term and Long-Term disability coverage to him but gave it to others with similar or worse injuries.

23. Compensatory Damages: The plaintiff seek on behalf of his wife, Brenda Muhammad, the amount of $ 1,000,000 in compensatory damages from each defendant, CM, Dr. K.P, and Matrix for having Destroyed her life, her marriage, her health, her wealth, and for mental anguish, shame, pain and suffering. That one-third of the amount to be paid from CM / Krustaz be paid in CM / Krustaz Stock.

24. Compensatory Damages: The plaintiff seek the amount of $ 2,000,000 in Compensatory Damages from each defendant, CM, Dr. K.P and Matrix for having destroyed his life, his marriage, his mental anguish, shame, pain, and mental suffering. That one third of that amount to be paid from CM to be paid in CM

3.

stock.

25. Preventative Damages: The plaintiff seeks on behalf of his wife Brenda X. Muhammad the amount of $ 1,000,000 in Punitive damage from each defendant, CM, DR. K.P, and matrix for having destroyed her life, her marriage, her health, her wealth, and for her mental anguish, shame, pain, and suffering. To punish CM, Dr. K.P, and Matrix for their acts; and to prevent CM, Dr. K.P, and Matrix from committing such acts against anyone else.

26. Punitive Damages: The plaintiff seek amount of $ 2,000,000 in Punitive Damages from each defendant, CM, Dr, K.P, and Matrix for having destroyed his life, his marriage, his wealth, his health, and for his mental anguish, shame, pain, and suffering. To punish CM, Dr. K.P, and Matrix for their acts: and to prevent CM, Dr. K.P, and Matrix from committing such acts against anyone else.

27. The plaintiff seeks attorney fees for representing himself in this action and the many unemployment issues and appeals taken and remanded.

NAME: *Yahshua Muhammad*

DATE: 4/30/2023

4.

## Statement of Claim

1. The plaintiff is a seventy-year-old black male, Muslim, with a physical disability (right – eye prosthesis), who has been discriminated against, denied Short Term + Long Term Disability, wrongfully terminated and further handicapped and disabled by the actions + inactions taken by Continental Mills, Dr. Kenneth Parker, and Matrix.

2. On August 27th 2021, as plaintiff was leaving his home for work, plaintiff missed the last step AT his home for work. Plaintiff missed the last step on his porch and fell. Plaintiff went on to clean himself up and proceeded to work. Plaintiff reported his injury to his shift supervisor and the matter was documented.

3. At the end of the shift, the plaintiff's hand and wrist had really swollen. Plaintiff went directly to the First Care Emergency Treatment (August 28th, 2021). X-rays were taken and it was diagnosed that plaintiff suffered a fracture to his right hand and wrist. A caste was put on the plaintiff's right hand and wrist.

4. First Care referred the plaintiff to see a Specialist by the name of Dr. Kenneth Parker. Dr Parker Prematurely removed the plaintiff's caste, recommended no rehabilitation, and sent the plaintiff back to Work with no restrictions, and refused to fill out required paperwork for Matrix in order for the plaintiff To receive Short- and Long-Term Disability payments.

5. Dr. Kenneth knew that the plaintiff's work required the use of both his hands and told the plaintiff to his Face that he was putting the ball back in Continental Mills (CM) court.

6. CM informed plaintiff that they didn't have a light duty job for him (though others in his Dept. with Similar and worse injuries have been given (light-duty) and that the plaintiff would have to file for Short-Term-Disability with Matrix.

7. Matrix's claim representative in confederation with CM and Dr. Parker tossed the plaintiff back and forth between each other to deprive the plaintiff of his Constitutional Rights.

8. Newsweek wrote an article on what the three (3) in confederation did against the plaintiff as a "Quiet Firing", in the article it was stated that before the Covid Pandemic companies experienced what they Termed as "Quiet Quitting", now employees are experiencing what is now termed as "Quiet Firing" where employers conspire to get rid of certain employees.

9. Plaintiff complained about his mistreatment to the owner of CM, Mr. Andy Hiely, and that he had endured close to a decade of having to work in a hostile work environment. CM response to his letter was a "wrongful termination".

10. Plaintiff filed for unemployment insurance. CM pushed a False Narrative to the Employment Commission that the plaintiff was terminated for misconduct when their own paperwork stated "Medical Separation".

11. It has become apparent to the plaintiff that CM has someone at the employment office under their thumb nail, the same as they have Dr. Kenneth Parker and Matrix under its thumb nail. The next false narrative put forth was that the plaintiff failed to file a timely appeal and it didn't end there, the plaintiff prevailed on appeal, a re-hearing was ordered. To top that, the plaintiff sat in the hearing room alone, was disconnected several times, and again denied his unemployment claim for failure to appear. That decision has been remanded as well.

12. Dr. Kenneth Parker, violated the OATH he took "to do no harm" when he prematurely removed the plaintiff's caste, and further committed not only an ethical violation, but Dr. Parker also took it a step further and used an older X-RAY regarding a similar injury to the plaintiffs right-hand. This is evident by First Care, where the plaintiff went back for another check-up and X-RAY taken by First Care, depicted that the plaintiff's right hand had a "chronic fracture".

13. Dr. Kenneth Parker's deliberate indifference along with his reckless disregard for the plaintiff's health, caused the plaintiff to suffer immeasurably and for his hand to mend on its own ----- thus causing the plaintiff to lose over 50% use of his right hand. Dr. Kenneth Parker, in confederation with CM and Matrix have permanently further disabled the plaintiff.

14. CM, in confederation with Dr. Parker, and Matrix with a deliberate, malicious, and reckless disregard tried to destroy the plaintiff and his wife's life.

15. The Plaintiff's wife, Brenda Muhammad, was forced to sell her SUV, exhaust her savings, and watched everything we've worked so hard for, for so very long, to be destroyed by those with an evil spirit. What was being done to us, affected her health, she became weak and frail, contracted Covid-19 at her elderly age and moved to Houston, Texas with her son, granddaughter, and great grandson.

16. CM in confederation with Dr. Kenneth Parker and Matrix destroyed the plaintiff's home and marriage.

17. Though Dr. Parker and Matrix in confederation, regardless of what Dr. Kenneth Parker and Matrix did or Didn't do, the Buck started and clearly stop with CM.

18. At seventy years of age the plaintiff doesn't have any chance of gaining employment at the rate of pay Of $24.86 dollars an hour that he would now be making. Certainly Mr. Andy Hiely, inherited his father's Business, unfortunately he didn't inherit his father's character.

19. The former owner, Mr. Hiely wouldn't have terminated me for writing to him about what was going on with CM and I. As the plaintiff writes, there are other older workers being attacked, forced to quit, or have been fired.

20. CM in confederation with Dr. Kenneth Parker and Matrix, caused the plaintiff to exhaust his 401k savings; His life savings; to lose a $43,000 car; to ruin his credit along with his wife's credit; to lose $100,000 life

3.

Insurance coverage on his wife and himself; wages that would now amount to $24.86 per hr. (it should be noted that the plaintiff was a workaholic throughout his tenure at CM). Matching 401k funds, dental insurance coverage, plaintiff was undergoing major dental work when he lost coverage, and still in need of two upper partial plates (one on each side), thus handicapping the plaintiff's ability to eat and properly digest food.

4.

OFFICE OF THE CLERK
RM 127
501 BROADWAY ST
PADUCAH KY 42001

YAHSHUA MUHAMMAD
(270) 498-8161
THE UPS STORE #3953
4044 FT CAMPBELL BLVD
HOPKINSVILLE  KY 42240-4950

2 LBS      1 OF 1
SHP WT: 2 LBS
DATE: 01 MAY 2023

SHIP  UNITED STATES DIST CT
TO:   OFFICE OF THE CLERK
      RM 127
      501 BROADWAY ST

PADUCAH   KY 42001-6856

KY 420 0-01



UPS GROUND
TRACKING #: 1Z R27 Y86 03 5249 4847

BILLING: P/P

FILED

JAMES J. VILT, JR. - CLERK

MAY 02 2023

U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY



SEE NOTICE ON REVERSE regarding UPS Terms, and notice of limitation of liability. Where allowed by law, shipper authorizes UPS to act as forwarding agent for export control and customs purposes. If exported from the US, shipper certifies that the commodities, technology or software were exported from the US in accordance with the Export Administration Regulations. Diversion contrary to law is prohibited.
RRD RF2 0223

Yahshua Muhammad
957 Wing Dip Cir.
Hop., Ky 42240

Office of The Clerk
United States Dist. Ct.
501 Broadway, Suite 127
Paducah, Ky 42001-6801