**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
**PADUCAH DIVISION**

**YAHSHUA MUHAMMAD**                                                     **PLAINTIFF**

**v.**                                             **CIVIL ACTION NO.: 5:23-cv-62-BJB**

**CONTINENTAL MILLS et al.**                                          **DEFENDANTS**

## ORDER

For the reasons set forth in the Memorandum Opinion and Order dated February 28, 2024 (DN 8) and the Memorandum Opinion and Order dated today, Plaintiff's claims are **DISMISSED** for failure to state a claim upon which relief may be granted under 28 U.S.C. § 1915A(b)(1) and for failure to meet the notice-pleading standard of Rule 8 of the Federal Rules of Civil Procedure.

This is a **final** Order.

The Court **certifies** that an appeal *in forma pauperis* would not be taken in good faith for the reasons set forth in the Memorandum Opinion.  *See* 28 U.S.C. § 1915(a)(3).

Date:  September 23, 2024

Benjamin Beaton, District Judge
United States District Court

cc:     Plaintiff, *pro se*
        Defendants
B213.009